IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL
CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.:  CACE 15-000072

BRADLEY J. EDWARDS and PAUL G.
CASSELL,

         Plaintiffs,

vs.

ALAN M. DERSHOWITZ,

         Defendant.

_____/

VIDEOTAPE CONTINUED DEPOSITION OF

ALAN M. DERSHOWITZ

VOLUME 4
Pages 462 through 647

Tuesday, January 12, 2016
1:05 p.m. - 4:45 p.m.

Tripp Scott
110 Southeast 6th Street
Fort Lauderdale, Florida

Stenographically Reported By:
Kimberly Fontalvo, RPR, CLR
Realtime Systems Administrator

1    Virginia Roberts and things that she has said, was

2    she lying when she said that she has flown on

3    Jeffrey Epstein's airplane?

4           MR. INDYKE:  Objection.  Work product and

5        common interest.

6        A.   I think I can answer that question.  Based

7    on material that was produced in discovery, which

8    would not be subject to privilege, there seems to be

9    evidence that she did fly on the airplane with

10   Jeffrey Epstein.

11   BY MR. EDWARDS:

12       Q.   Was she lying when she says that she was

13   flown on Jeffrey Epstein's airplane across state

14   lines at a time when she was under the age of 18?

15       A.   I have no idea.

16          MR. INDYKE:  Objection.  Same objection.

17       Work product and attorney-client and common

18       interest.

19       A.   I have no idea.  But, again -- I just have

20   no idea.

21   BY MR. EDWARDS:

22       Q.   Is there any nonprivileged information

23   that you could review that would give you an idea to

24   answer that question or that would give you the

25   answer to that question?

1    BY MR. EDWARDS:

2        Q.   **What we have here --**

3             MR. INDYKE:  Attorney-client, work product

4        and common interests.

5    BY MR. EDWARDS:

6        Q.   **What we have here is only the fraction of**

7    **flights where Dave Rogers was one of the pilots.**

8    **Can you help us get the flight logs from Larry**

9    **Visosky, Larry Morrison, any of the flight logs from**

10   **the helicopters, et cetera?**

11       A.   I would love to.  It would all show that I

12   wasn't on the plane.

13            MR. INDYKE:  Same objection, same

14       instruction.

15       A.   I will do everything in my power --

16            MR. SCOTT:  You can make any request you

17       want to through counsel, and we'll take them

18       up.

19       A.   But I will do everything in my power to

20   get you every flight manifest.

21            SPECIAL MASTER POZZUOLI:  Move forward.

22            MR. INDYKE:  We do not waive any

23       objection.

24            MR. SCAROLA:  And that request has been

25       made.

```
 1        A.    Is that a question?

 2              MR. SCOTT:  No.  Just Mr. Scarola --

 3              MR. EDWARDS:  Just that we made a request

 4        for production.

 5     BY MR. EDWARDS:

 6        Q.    Was Virginia lying when she says that she

 7     was taken to Jeffrey Epstein's home in New York

 8     while underage?

 9        A.    I have no idea.

10              MR. INDYKE:  Same objection, same

11        instruction.

12     BY MR. EDWARDS:

13        Q.    Was Virginia lying when she says she was

14     taken to Jeffrey Epstein's ranch in New Mexico while

15     underage?

16              MR. INDYKE:  Same objection, same

17        instruction.

18        A.    I can tell you this.  She's lying when she

19     said she met me at the ranch.  So I cannot believe

20     anything she says about the ranch.

21     BY MR. EDWARDS:

22        Q.    Was she lying when she says Ghislaine

23     Maxwell and Jeffrey Epstein used sex toys on her

24     when she was underage?

25              MR. INDYKE:  Same objection, same
```

1       instruction.

2    BY MR. EDWARDS:

3       **Q.   Was she lying when she says Jeffrey**

4    **Epstein and Ghislaine Maxwell made her dress up in**

5    **outfits for them?**

6            MR. INDYKE:  Same objection, same

7            instruction.

8       A.   Well, I can -- but I do have some material

9    outside of the record on that.

10   BY MR. EDWARDS:

11      **Q.   Okay.**

12      A.   I know that Sigrid McCawley said that she

13   said that Leslie Wexner made her dress up --

14           MS. McCAWLEY:  I am going to object to the

15           extent that you are trying to reveal

16           conversations that were part of a settlement

17           discussion which the judge has already sealed

18           the record on and there is a pending motion for

19           sanctions.  And if you're going to start

20           revealing that information, we're going

21           directly to the Judge Lynch.

22      A.   I am going to start revealing --

23           SPECIAL MASTER POZZUOLI:  No, I'm going to

24           stop you --

25           THE WITNESS:  Let me tell you why.

1        Because I didn't get that from Sigrid or from

2        David Boise.  I got it from Leslie Wexner's

3        lawyer in a totally nonprivileged

4        communication.

5            SPECIAL MASTER POZZUOLI:  Let me stop you.

6        I don't believe it's responsive to the question

7        that's pending, so let's move forward.

8    BY MR. EDWARDS:

9        Q.   **My question was, was she lying -- was**

10   **Virginia Roberts lying when she says Jeffrey Epstein**

11   **and Ghislaine Maxwell made her dress up in outfits**

12   **for them?**

13       A.   I can only say that that allegation has

14   been made regarding Leslie Wexner as well.

15       Q.   **It has nothing to do with my question.**

16           MR. SCAROLA:  Move to strike.

17       A.   Leslie Wexner's lawyer regards that as a

18   full statement and, therefore, I can only assume

19   that it's a false statement when made about someone

20   else.  I think that's relevant.

21           SPECIAL MASTER POZZUOLI:  So with respect

22       to the --

23           MR. EDWARDS:  I'm moving to strike the

24       nonresponsive portion of that answer.

25           THE WITNESS:  He opened the door.

```
1                SPECIAL MASTER POZZUOLI:  I do believe it
2         was nonresponsive in its entirety.  Move
3         forward.  Go ahead.
4    BY MR. EDWARDS:
5         Q.   Do you know Jean-Luc Brunel?
6         A.   No.
7         Q.   Have you ever met him?
8              MR. INDYKE:  Same objection, same
9         instruction.
10        A.   I have no memory of ever meeting a man by
11   that name.
12   BY MR. EDWARDS:
13        Q.   Do you know what his role was in Jeffrey
14   Epstein's life?
15        A.   No.
16             MR. INDYKE:  Same objection, same
17        instruction.  Mr. Dershowitz, if you would let
18        me make my objections before you respond.
19             THE WITNESS:  Right.
20   BY MR. EDWARDS:
21        Q.   Was Virginia Roberts lying when she said
22   Jeffrey Epstein socialized with Bill Clinton during
23   the relevant time period?
24             MR. INDYKE:  Same objection, same
25        instructions.
```

```
 1        A.   My information is that Virginia Roberts
 2   was lying when she said that she saw Bill Clinton on
 3   Jeffrey Epstein's island.  That's all I can comment
 4   about with that.  And she's lying about that.  And
 5   she's lying about how Bill Clinton got to the
 6   island.
 7            MR. EDWARDS:  I move to strike the
 8        Nonresponsive portion of the answer.
 9            SPECIAL MASTER POZZUOLI:  No, it's
10        relevant to what you asked.  Move forward.  I'm
11        not going to strike it.
12   BY MR. EDWARDS:
13        Q.   I'm going to go back to the question until
14   I get an answer, though.
15            SPECIAL MASTER POZZUOLI:  Go ahead.
16   BY MR. EDWARDS:
17        Q.   That is, when Virginia Roberts said that
18   during the relevant time period, which we defined as
19   1999 through 2002 --
20        A.   Let's be clear.  Around August of both of
21   those years, right?
22        Q.   I think August of '99 through October of
23   2002.
24        A.   September, I think it is.
25        Q.   Okay.  Was she lying -- was Virginia
```

1    Roberts lying when she said Jeffrey Epstein

2    socialized with Bill Clinton during that time

3    period?

4        A.    I don't know.

5            MR. INDYKE:   Same objection, same

6        instruction.

7    BY MR. EDWARDS:

8        Q.    And you have no nonprivileged information

9    that would provide you the answer to that?

10       A.    I have nonprivileged information that

11   provides me that they socialized together at some

12   point.  I don't know whether it was within that

13   timeframe at all.  I know they went to Africa

14   together on a mission of goodwill, but I don't know

15   the date of that.  So I can't tell you whether it

16   was in the period or outside the period.  You may

17   know that; I don't.

18       Q.    Well, if Jeffrey Epstein and Bill Clinton

19   associated, but only at some time period either

20   before or after the relevant time period, it would

21   immediately disprove her statement that Bill Clinton

22   and Jeffrey Epstein socialized during that time

23   period?

24       A.    I don't understand that question.

25       Q.    No?

```
 1              SPECIAL MASTER POZZUOLI:  I don't
 2      understand the question either.  If you can
 3      rephrase the question, that would be helpful.
 4              MR. EDWARDS:  Sure.
 5   BY MR. EDWARDS:
 6      Q.   If you -- do you know from nonprivileged
 7   information whether Jeffrey Epstein and Bill Clinton
 8   ever socialized?
 9      A.   Yes.
10      Q.   Do you know the beginning -- when their
11   relationship began?
12              MR. INDYKE:  Objection.  Same objection,
13      same instruction.
14              SPECIAL MASTER POZZUOLI:  Again, under
15      nonprivileged.
16              MR. EDWARDS:  Under nonprivileged
17      information.
18              MR. SCOTT:  Do you have any nonprivileged
19      information about that?
20      A.   I remember having dinner at the home of
21   Caroline Kennedy and Ed Schlossberg with President
22   Clinton, and he basically asked me how Jeffrey was
23   doing, and led me to believe that he had some
24   relationship with Jeffrey.  I don't remember whether
25   that dinner -- when that dinner was.  I can probably
```

```
 1    find out.  But that would be nonprivileged.
 2       BY MR. EDWARDS:
 3         Q.   Was he still President at the time that
 4    conversation was taking place?
 5         A.   I don't remember.
 6         Q.   Have you ever been, yourself, together
 7    with Jeffrey Epstein and Bill Clinton?
 8         A.   No.
 9         Q.   Have you ever talked to Jeffrey Epstein
10    about Bill Clinton?
11            MR. INDYKE:  Objection.  Same objection,
12         same instruction.
13            SPECIAL MASTER POZZUOLI:  Nonprivileged.
14            MR. EDWARDS:  Yeah, nonprivileged.
15         A.   It's hard to sort out the privileged and
16    the nonprivileged.
17            SPECIAL MASTER POZZUOLI:  So based upon
18         the objection, I would ask that you -- unless
19         it's obvious, then no, until we sort that out.
20         A.   I shouldn't answer that probably.
21            SPECIAL MASTER POZZUOLI:  I'm going to
22         grant his objection at this point, again, as a
23         continuum because I want to make sure that we
24         preserve this issue for later on.
25
```

1      BY MR. EDWARDS:

2          Q.   In a previous -- previously in this

3      deposition, you indicated your representation of

4      Jeffrey Epstein on this subject matter began in

5      2005, right?

6          A.   It began, I think I said, when the first

7      allegations were.  I don't have an exact date in

8      mind.

9          Q.   The relevant time period for Virginia

10     Roberts, as we've defined, is 1999 through 2002.

11         A.   That's correct, yes.

12         Q.   So I'm asking if you know from Jeffrey

13     Epstein, in a time period prior to your

14     representation, whether he was socializing with Bill

15     Clinton.

16             MR. INDYKE:  Same objection, same

17         instruction.

18         A.   Yes, yes.

19             MR. SCOTT:  As long as it's a

20         nonprivileged situation.

21         A.   He was.

22     BY MR. EDWARDS:

23         Q.   He was?

24         A.   He was.

25         Q.   So prior --

```
 1        A.    During the whole period of time up through
 2   2005, you're saying?  Yes.
 3        Q.    Right.
 4        A.    Yes, I think this dinner occurred before
 5   2005, so I would -- yes.
 6        Q.    So what did Jeffrey Epstein tell you about
 7   his relationship with Bill Clinton?
 8              MR. INDYKE:  Same objection, same
 9        instruction.
10   BY MR. EDWARDS:
11        Q.    Prior to 2005, obviously.
12        A.    That they knew each other and that they
13   were doing some charitable work together.
14        Q.    Had Bill Clinton ever been to Jeffrey
15   Epstein's home?
16        A.    I'm not aware.
17              MR. INDYKE:  Same objection, same
18        instruction.
19   BY MR. EDWARDS:
20        Q.    What kind of charitable work was Jeffrey
21   Epstein --
22        A.    I can tell you Donald Trump has been to
23   Jeffrey Epstein's home, and I've seen him there.
24        Q.    Okay.  What question do you think that
25   you're answering?
```

1    A.   Well, you're asking about general things

2  people --

3         SPECIAL MASTER POZZUOLI:  Let's move

4    forward.

5    A.   -- so I mean, I gave you an example of one

6  who has been there.

7  BY MR. EDWARDS:

8    Q.   Okay.  I'm specifically talking about

9  when -- we started with was Virginia lying when she

10  said that Jeffrey Epstein socialized with Bill

11  Clinton during the relevant time period.  And now

12  I'm drilling it.

13    A.   I don't know the answer to that.

14    Q.   Okay.  Did you understand -- did Bill

15  Clinton travel with Jeffrey Epstein?

16    A.   My understanding from newspaper --

17         MR. INDYKE:  Same objection, same

18    instruction.

19    A.   My understanding from newspaper accounts

20  is that they went to Africa together with some other

21  famous people, and I think maybe went to Asia

22  together as well.  So the answer is yes, I am aware

23  through nonprivileged sources that they traveled

24  together, yes.

25         MR. SCOTT:  Can we take a break in a few

```
 1        minutes?  I would like -- in the afternoon, he
 2        gets a little tired, so I would like to, every
 3        hour or so, take -- an hour and ten minutes,
 4        take a couple-minute break.
 5             SPECIAL MASTER POZZUOLI:  You tell me when
 6        is a good --
 7             MR. EDWARDS:  Maybe 15 minutes and we'll
 8        switch topics, and we can take a break.  Good,
 9        Tom?
10             MR. SCOTT:  Yes.
11             MR. EDWARDS:  Okay.
12   BY MR. EDWARDS:
13        Q.   Was Virginia Roberts lying when she says
14   she was introduced to Prince Andrew through Jeffrey
15   Epstein?
16             MR. INDYKE:  Same objection, same
17        instruction.
18             SPECIAL MASTER POZZUOLI:  Under
19        non-privileged information.
20        A.   I have seen a photograph of Prince Andrew
21   and Virginia Roberts and Ghislaine Maxwell.  I have
22   myself met Prince Andrew.  He came to my class at
23   Harvard Law School and there was a dinner for him,
24   and he asked about Jeffrey Epstein.  We discussed
25   Jeffrey Epstein.
```

1    BY MR. EDWARDS:

2        Q.   I don't know if this was -- I believe it

3    was attached to the deposition last time.

4        A.   That's the photograph.

5            MR. SCOTT:  I think it was.

6            MR. SCAROLA:  It was.

7            MR. EDWARDS:  I think it was, too.

8            MR. SCOTT:  It was.

9    BY MR. EDWARDS:

10       Q.   So you're familiar with this photograph?

11       A.   Yes, and I'm also familiar there's no

12   comparable photograph with me in it.

13       Q.   Okay.

14           MR. SCAROLA:  That's not responsive.

15           SPECIAL MASTER POZZUOLI:  Move forward.

16           MR. SCAROLA:  Move to strike.

17   BY MR. EDWARDS:

18       Q.   And in this photograph, this is Prince

19   Andrew over here on the left?

20       A.   That's true, yeah.

21       Q.   And this is Virginia Roberts in the

22   middle?

23       A.   I've never seen -- I've never met

24   Ms. Roberts, never seen her.

25       Q.   So are you saying that she is lying when

1    **she says that's her?**

2        A.   No, I just don't -- I've never seen her.

3        MR. SCOTT:  Objection, argumentative.

4        A.   Those are photographs -- I've seen

5    photographs --

6        SPECIAL MASTER POZZUOLI:  Hang on one

7        second.  Reask -- rephrase the question.

8    BY MR. EDWARDS:

9        **Q.   And who is this over here on the --**

10        SPECIAL MASTER POZZUOLI:  No, rephrase the

11        question, the previous question about who the

12        young lady is next to Prince Andrew.

13    BY MR. EDWARDS:

14        **Q.   Sure.  Do you know who this lady is in the**

15    **middle of this photograph?**

16        A.   On the basis of newspaper accounts, it is

17    reported that she is Virginia Roberts.  I wouldn't

18    be able -- if you had shown me that picture a year

19    and 16 days ago, I would not have been able to tell

20    you that that's Virginia Roberts because I didn't

21    know who she was.

22        **Q.   And who is the other person that's in this**

23    **photograph?**

24        A.   Ghislaine Maxwell.

25        **Q.   And that's somebody else that you know,**

```
 1   correct?

 2        A.    I do.

 3        Q.    And you know her through Jeffrey Epstein,

 4   right?

 5             MR. INDYKE:   Same objection, same

 6        instruction.

 7        A.    I wrote an article about her father's

 8   death years ago, and I don't remember if I met her

 9   independently.   I do remember meeting her through

10   her -- I remember that the Lady Rothschild asked me

11   to meet Jeffrey Epstein, and when Jeffrey Epstein

12   came to meet me, he was with Ghislaine Maxwell.

13        BY MR. EDWARDS:

14        Q.    And when was that?

15        A.    The first time I Jeffrey Epstein, which

16   would have been in the summer of Leslie Wexner's

17   59th birthday.   That's all I can tell you is the

18   summer of his 59th birthday because I then flew with

19   Jeffrey Epstein to Leslie Wexner's 59th birthday.   I

20   was presented to Leslie Wexner.   Leslie would like

21   to get as birthday gifts interesting people that his

22   friends had met during the year, and so I was

23   Jeffrey Epstein's intellectual gift to Leslie

24   Wexner.   And it was that year that I met Jeffrey

25   Epstein.   That's the best I can date it.
```

```
 1        Q.   Okay.  And Ghislaine Maxwell, you are

 2   aware, is involved in litigation with Virginia

 3   Roberts right now, correct?

 4        A.   She is being sued by Virginia Roberts for

 5   defamation, not for the underlying offenses, which

 6   are beyond the statute of limitations, as I

 7   understand it, correct.

 8        Q.   And have you spoken with Ghislaine Maxwell

 9   about the allegations against her and her denials?

10             MR. INDYKE:  Same objection, same

11        instruction.

12             MR. SCOTT:  Don't answer it.  It's

13        privileged.

14   BY MR. EDWARDS:

15        Q.   I'm asking about your conversations with

16   Ghislaine Maxwell, who's in a separate litigation,

17   civil litigation for defamation.  Have you

18   personally spoken with Ghislaine Maxwell since these

19   allegations?

20        A.   If there's no objection, I will answer.

21             MR. INDYKE:  There was an objection.  Same

22        objection, same instruction.

23   BY MR. EDWARDS:

24        Q.   Is there a joint defense agreement related

25   to the civil allegation -- actions regarding the
```

```
 1    defamation actions that involve Ghislaine Maxwell

 2    and yourself?

 3              MR. INDYKE:  Same objection.

 4              SPECIAL MASTER POZZUOLI:  What's the

 5         basis -- can you explain to me what the basis

 6         of the objection is -- and what was the

 7         question?

 8              MR. EDWARDS:  Has Mr. Dershowitz spoken

 9         with Ghislaine Maxwell since the allegations --

10         since this defamation suit came about as well

11         as the defamation suit with Ghislaine Maxwell.

12    BY MR. EDWARDS:

13         Q.   Let me ask it cleaner.  Have you spoken

14    with Ghislaine Maxwell since January 2015?

15              MR. INDYKE:  Same objection, same

16         instruction.

17    BY MR. EDWARDS:

18         Q.   So that I'm clear, there is a joint

19    defense of the allegations regarding Ghislaine

20    Maxwell that's New York litigation and this

21    defamation case?

22              MR. INDYKE:  There's a common interest

23         agreement in effect with respect to the

24         New York case and a common interest agreement

25         with respect to this case.
```

1    BY MR. EDWARDS:

2        Q.    Okay.   Was Virginia Roberts lying when she

3    says that she was taken by Ghislaine Maxwell and --

4            MR. SCAROLA:   Who negotiated the agreement

5        and when?

6    BY MR. EDWARDS:

7        Q.    Is there a common interest agreement in

8    existence with respect to the allegations that have

9    arisen since January of 2015 or that you contend

10   covers that?

11           MR. INDYKE:   Same objection, same

12       instruction.

13   BY MR. EDWARDS:

14       Q.    If there is, who negotiated this

15   agreement?

16           MR. SCAROLA:   Can we have a ruling on

17       propriety?

18           SPECIAL MASTER POZZUOLI:   You haven't

19       pushed me, so I let you go.

20           MR. SCAROLA:   Can we have a ruling as to

21       whether we get to know whether Mr. Dershowitz

22       is a party to a common interest agreement with

23       Ghislaine Maxwell?

24           SPECIAL MASTER POZZUOLI:   Counsel --

25           MS. McCAWLEY:   Also, just this is Sigrid

```
 1        McCawley, if any of the individuals on the

 2        phone are representing Ghislaine Maxwell, my

 3        understanding is the person on the phone is

 4        representing Jeffrey Epstein, not Ghislaine

 5        Maxwell.  That needs to be clarified.

 6             MR. INDYKE:  Correct.  Correct.

 7             SPECIAL MASTER POZZUOLI:  The answer is

 8        correct?

 9             MR. INDYKE:  With respect to Mr. Epstein,

10        I can tell you there's a common interest

11        agreement with respect to this matter and a

12        common interest agreement with respect to the

13        Ghislaine Maxwell suit in New York.

14             SPECIAL MASTER POZZUOLI:  Is

15        Mr. Dershowitz party to that?

16             MR. INDYKE:  Mr. Dershowitz is party to a

17        common interest agreement with Jeffrey in this

18        case.  And I believe -- I'd have to check, but

19        I believe that that would extend --

20             MR. SCAROLA:  We want an answer from the

21        witness as to whether the witness is a party to

22        a common interest agreement with Ghislaine

23        Maxwell.

24             SPECIAL MASTER POZZUOLI:  Then ask the

25        question, because I haven't seen the question
```

```
1        asked yet.
2    BY MR. EDWARDS:
3        Q.   Are you a party to a common interest
4    agreement with Ghislaine Maxwell?
5        A.   If there's no objection, I'll answer it.
6             MR. INDYKE:  I apologize.  I thought we
7        were still operating under the original set of
8        objections.  So I will repeat it.  Same
9        objection, same instruction.
10            SPECIAL MASTER POZZUOLI:  With respect to
11       that question, you can answer.
12       A.   My understanding is that I am still
13   Jeffrey Epstein's lawyer.  Jeffrey Epstein, I
14   understand, has a common interest or joint defense
15   agreement with Ghislaine Maxwell, so I have -- my
16   understanding is that I am bound by a common
17   agreement.
18   BY MR. EDWARDS:
19       Q.   Is this the same common interest agreement
20   that we were talking about from 2005, or is this a
21   separate common interest agreement that has been
22   signed as a consequence of the lawsuits that have
23   been filed since January 2015?
24            MR. INDYKE:  If this is a new question,
25       I'll assert the same objection and the same
```

```
 1        instruction.
 2            SPECIAL MASTER POZZUOLI:  And I'm going to
 3        overrule the objection.  And you can answer
 4        that.
 5        A.   My understanding is that it's a
 6    combination; that is, it reflects the previous
 7    agreement and that there is a new agreement that
 8    supplemented the previous agreement.
 9    BY MR. EDWARDS:
10        Q.   When you say it's your understanding, is
11    this understanding in writing; meaning, is there a
12    written common interest agreement that has been put
13    in place since January of 2015?
14        A.   I don't know.
15            MR. INDYKE:  Same objection, same
16        instruction.
17            MR. SCOTT:  Can we take a recess when we
18        get a chance?
19            SPECIAL MASTER POZZUOLI:  Yes, but I'm
20        going to instruct you --
21        A.   I don't know.  I don't know the answer to
22    that, whether there's additional writing or not.
23    BY MR. EDWARDS:
24        Q.   Last question, then we take a break.  Have
25    you signed any such agreement --
```

```
 1            MR. INDYKE:  Same objection, same
 2       instruction.
 3   BY MR. EDWARDS:
 4       Q.   -- since January 2015?
 5       A.   Since January?  Not to my recollection.
 6            MR. EDWARDS:  We can take a break.
 7            VIDEOGRAPHER:  Going off the record.  The
 8       time is approximately 2:09 p.m.
 9   (Recess was held from 2:09 p.m. until 2:26 p.m.)
10            VIDEOGRAPHER:  Going back on the record.
11       Time is approximately 2:26 p.m.
12   BY MR. EDWARDS:
13       Q.   Going back to the photograph, was Virginia
14   Roberts lying when she says that she was taken to
15   London where this photograph was taken?
16       A.   I have no idea.
17            MR. INDYKE:  Same objection, same
18       instructions.
19   BY MR. EDWARDS:
20       Q.   Was Virginia Roberts lying when she says
21   that she was paid to have sex with Prince Andrew?
22            MR. INDYKE:  Same objection, same
23       instructions.
24       A.   Can you tell me what age she was when that
25   happened?
```

1    BY MR. EDWARDS:

2        Q.    The photograph is printed in March of

3    2001, which is when she's 17, which just means that

4    the photograph was taken sometime before that date.

5    So she was at least as young as 17 is the best that

6    I can tell you.

7        A.    Under the age of consent, that would be an

8    act of prostitution.  If she was paid $15,000 to

9    have sex with Prince Andrew at the age of 17 in

10   England, she would be guilty of prostitution.

11       Q.    My question is, was she lying when she

12   says that she was paid to have sex with Prince

13   Andrew?

14       A.    I have no idea.

15       Q.    You have met Prince Andrew, right?

16       A.    I have.

17       Q.    He sat in the back of your classrooms?

18           MR. SCOTT:  Objection, asked and answered

19       twice.

20       A.    Once, yes.

21   BY MR. EDWARDS:

22       Q.    I think we went to Jeffrey Epstein sitting

23   in your classrooms, but now I'm talking about Prince

24   Andrew sat in your classroom as well, right?

25       A.    Yes, once.

```
1              MR. SCOTT:  I thought we went through
2         Andrew before; maybe I'm wrong.
3    BY MR. EDWARDS:
4         Q.   Have you, since the -- since January of
5    2015, have you contacted Prince Andrew?
6         A.   No.  I got a Christmas card from him.
7         Q.   Have you spoke with him about the
8    allegations that were alleged against Prince Andrew?
9         A.   Not to him, but to -- not to him.
10        Q.   Have you spoke to some representative of
11   his, of Prince Andrew?
12        A.   I need to know whether --
13             MR. INDYKE:  Guy, sorry, I was just cut
14        off for some reason.
15             SPECIAL MASTER POZZUOLI:  Hold on a
16        second.  Go ahead and restate your question
17        so -- Darren, can you hear now?
18             MR. INDYKE:  Yes, I can.
19   BY MR. EDWARDS:
20        Q.   My question is, have you spoken with
21   Prince Andrew or any representative of or for Prince
22   Andrew since January of 2015?
23             MR. SCOTT:  If any of that involved work
24        product on our part, I am instructing you not
25        to answer.
```