UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:16-mc-61262-JEM

In re: SUBPOENA TO BRADLEY J. EDWARDS

Underlying case:

VIRGINIA L. GIUFFRE,
    Plaintiff,

v.

GHISLAINE MAXWELL
    Defendant.

No. 15-cv-07433-RWS (S.D.N.Y.)
_____/

## NOTICE OF APPEARANCE

The undersigned hereby files this Notice of Appearance as local counsel for Defendant Ghislaine Maxwell, and hereby requests that copies of all future pleadings and notices which, Ghislaine Maxwell is entitled to receive be sent to the undersigned.

Date: June 27, 2016

        Respectfully submitted,

        /s Denise D. Riley
        Denise D. Riley (Fl. Bar No. 160245)
        Email: denise@rileylawpl.com
        Riley Law PLLC
        2710 Del Prado Blvd. S., Unit 2-246,
        Cape Coral, FL 33904
        303.907.0075
        Attorneys for Defendant Ghislaine Maxwell

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Appearance* was served by using the CM/ECF system on June 27, 2016, which will send a notice of electronic filing to the following counsel or parties of record on the service list:

## SERVICE LIST

Jack Scarola
jsx@searcylaw.com
mep@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 34409
Phone: 561-686-6300
Fax : 561-383-9451
*Attorneys for Plaintiff Bradley J. Edwards*

    /s Denise D. Riley
Denise D. Riley (Fl. Bar No. 160245)
Email: denise@rileylawpl.com
Riley Law PLLC
2710 Del Prado Blvd. S., Unit 2-246,
Cape Coral, FL 33904
Phone: 303.907.0075
Attorneys for Defendant Ghislaine Maxwell