UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:16-mc-61262-JEM

In re: SUBPOENA TO BRADLEY J. EDWARDS            *

Underlying case:

VIRGINIA L. GIUFFRE,
    Plaintiff,

v.

GHISLAINE MAXWELL
    Defendant.

No. 15-cv-07433-RWS (S.D.N.Y.)
_____/

### CERTIFICATION OF JEFFREY S. PAGLIUCA

    Jeffrey S. Pagliuca, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bar of the state of Colorado and United States District Court of Colorado.

                                                                   s/ Jeffrey S. Pagliuca
                                                                     Jeffrey S. Pagliuca