**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:16-mc-61262-JEM**

In re: SUBPOENA TO BRADLEY J. EDWARDS

Underlying case:

VIRGINIA L. GIUFFRE,
     Plaintiff,

v.

GHISLAINE MAXWELL
     Defendant.

No. 15-cv-07433-RWS (S.D.N.Y.)
                                      /

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

Jeffrey S. Pagliuca, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and

Practice of Attorneys in the United States District Court for the Southern District of Florida and

Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the

Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.   Jeffrey S. Pagliuca, may appear and participate in this action

on behalf of Defendant, Ghislaine Maxwell.  The Clerk shall provide electronic notification of all

electronic filings to Jeffrey S. Pagliuca, at jpagliuca@hmflaw.com with copy to Nicole

Simmons, legal assistant at Haddon, Morgan and Foreman, P.C. by email to

nsimmons@hmflaw.com.

      DONE AND ORDERED in Chambers at _____, Florida,

this _____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record