**EXHIBIT R**

# Nicole Simmons

| | |
|---|---|
| **From:** | Jeff Pagliuca |
| **Sent:** | Wednesday, June 29, 2016 10:50 AM |
| **To:** | Nicole Simmons |
| **Subject:** | FW:  SDT - Edwards and VRS |
| **Attachments:** | VRS.pdf; B Edwards.pdf |

**From:** Jeff Pagliuca
**Sent:** Friday, May 20, 2016 5:10 PM
**To:** 'brad@pathtojustice.com' (brad@pathtojustice.com)
**Cc:** Sigrid McCawley (Smccawley@BSFLLP.com); Meredith Schultz; 'Paul Cassell (cassellp@law.utah.edu)' (cassellp@law.utah.edu); Laura Menninger; Brenda Rodriguez
**Subject:** SDT - Edwards and VRS

Dear Mr. Edwards,

I have attached subpoenas to produce documents related to you and VRS along with  waivers of service.  If you are willing to accept service please let me know and sign and return the attached waivers.  Alternatively, I will be happy to arrange service of process under Rule 45.

Best Regards,

Jeff Pagliuca



**Jeffrey S. Pagliuca**
**Haddon, Morgan and Foreman, P.C.**
**150 East 10th Avenue**
**Denver, Colorado 80203**
**Main 303.831.7364 FX 303.832.2628**
jpagliuca@hmflaw.com
www.hmflaw.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving it in any manner. Thank you

**From:** Brenda Rodriguez
**Sent:** Friday, May 20, 2016 5:05 PM
**To:** Jeff Pagliuca
**Subject:** SDT - Edwards and VRS


**Brenda Rodriguez**
**Haddon, Morgan and Foreman, P.C.**
**150 East 10th Avenue**
**Denver, Colorado 80203**
PH **303.831.7364** FX **303.832.2628**
www.hmflaw.com
brodriguez@hmflaw.com

This email contains privileged and confidential communications. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of the communication and any attachments.