UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division
**Case Number: 16-61262-MC-MARTINEZ-GOODMAN**

In re: SUBPOENA TO BRADLEY J. EDWARDS

Underlying case:

VIRGINIA L. GIUFFRE,
    Plaintiff,

vs.

GHISLAINE MAXWELL,
    Defendant.
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636(b)(1) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge **Jonathan Goodman** to take all necessary and proper action as required by law with respect to:

**All matters relating to Bradley J. Edwards' Motion to Quash Subpoena or, in the alternative, for a Protective Order [ECF No. 1].**

ORDERED AND ADJUDGED that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption (Case Number: 16-61262-MC-MARTINEZ-GOODMAN), and to direct a courtesy copy of all necessary materials to the Magistrate's chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of June, 2016.

                                        JOSE E. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record