UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:16-mc-61262-JEM

**In re: SUBPOENA TO**
**BRADLEY J. EDWARDS**

Underlying Case:

VIRGINIA L. GIUFFRE,

    Plaintiff

v.

GHISLAINE MAXWELL,

    Defendant

No. 15-cv-07433-RWS (S.D.N.Y)

_____/

**[PROPOSED] ORDER GRANTING MOTION OF
BRADLEY J. EDWARDS TO FILE AN OVER LENGTH REPLY IN SUPPORT
OF HIS MOTION TO QUASH SUBPOENA OR,
IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

    THIS CAUSE comes before the Court on Bradley J. Edwards's Motion to File an Over Length Reply in Support of his Motion to Quash Subpoena or, in the Alternative, for a Protective Order.

    It is ORDERED AND ADJUDGED that the Motion is GRANTED.  For good cause shown, the Court allows Mr. Edwards to file a single reply supporting his Motion to Quash Subpoena or, in the Alternative, for a Protective Order [DE 1] not to exceed 25 pages in length.

    DONE AND ORDERED in Chambers at Miami Dade County, Florida, this \_\_\_ day of July, 2016.

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE