Jack Scarola
Florida Bar No.: 169440
Attorney E-Mail(s):  jsx@searcylaw.com and
        mep@searcylaw.com
Primary E-Mail: _scarolateam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:    (561) 383-9451

*Attorney for Bradley J. Edwards*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: SUBPOENA TO PAUL G. CASSELL<br><br>Underlying case:<br><br>VIRGINIA L. GIUFFRE, Plaintiff<br><br>v.<br><br>GHISLAINE MAXWELL, Defendant<br><br>No. 15-cv-07433-RWS (S.D.N.Y.) | **REPLY DECLARATION OF BRADLEY J. EDWARDS IN SUPPORT OF MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**<br><br>Case No. 0:16-mc-61262-JEM |

I, Bradley J. Edwards, declare as follows:

1. I am an attorney at law duly licensed in the State of Florida and admitted to practice in the U.S. District Court for the Southern District of Florida. I respectfully submit this reply declaration in support of the Motion to Quash Subpoena or, in the Alternative, for a Protective Order.

2.     Attached as Exhibit 1 is a true and correct copy of the Victims' Response to Alan Dershowitz's Motion to Interview in the Southern District of Florida in the case of *Jane Does v. United States.* It is filed under seal.

3.     Attached as Exhibit 2 is a true and correct copy of Edwards and Cassell's Notice of Withdrawal of Summary Judgment Motion.

4.     Attached as Exhibit 3 is a true and correct copy of Motion to Exceed Presumptive Ten Deposition Limit filed in the Southern District of New York in the case of *Giuffre v. Maxwell.* It is filed under seal.

5.     Attached as Exhibit 4 is a composite exhibit, which are true and correct copies of pages from the Deposition of Ghislaine Maxwell in the underlying case here. It is filed under seal.

6.     Attached as Exhibit 5 is a composite exhibit, which are true and correct copies of pages from the Deposition of Rinaldo Rizzo in the underlying case here. It is filed under seal.

7.     Attached as Exhibit 6 is a true and correct copy of Judge Sweet's opinion in this case on June 20, 2016. It is filed under seal.

8.     Attached as Exhibit 7 is a true and correct copy of a transcript of a hearing before Judge Sweet in the underlying case on June 23, 2016.

9.     Attached as Exhibit 8 is a true and correct copy an affidavit filed on January 30, 2015, by FBI Agent Slater in the Southern District of Florida in the case of *Jane Does v. United States.*

DATED this 7th day of July, 2016.

                                         By:  /s/ Bradley J. Edwards

## CERTIFICATE OF SERVICE

   I certify that on July 7, 2016, I electrically served the foregoing pleading via e-mail on:

Laura A. Menninger
Jeffrey S. Pagliuca
Haddon, Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: (303) 831-7364
Fax: (303) 832-2628
lmenninger@hmflaw.com

*Attorneys for Ghislaine Maxwell*