UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:16-mc-61262-JEM

**In re: SUBPOENA TO**
**BRADLEY J. EDWARDS**

Underlying Case:

VIRGINIA L. GIUFFRE,

    Plaintiff

v.

GHISLAINE MAXWELL,

    Defendant

No. 15-cv-07433-RWS (S.D.N.Y)

_____/

**ORDER GRANTING MOTION TO SEAL**
**MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE,**
**FOR A PROTECTIVE ORDER**

It is hereby ordered that the request of Bradley J. Edwards is granted. The Reply of Bradley J. Edwards in Support of Motion to Quash Subpoena or, in the Alternative for a Protective Order, as well as all supporting exhibits will be placed under seal.

**DONE AND ORDERED** in Chambers at Miami Dade County, Florida, this \_\_\_\_\_ day of _____, 2016.

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE