Denise D. Riley (# 160245)
Riley Law PLLC
2710 Del Prado Blvd. S., Unit 2-246,
Cape Coral, FL 33904
Phone:  303.907.0075
denise@rileylawpl.com

Jeffrey S. Pagliuca (*pro hac vice*)
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:      303.832.2628
jpagliuca@hmflaw.com

*Attorneys for Ghislaine Maxwell*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: SUBPOENA TO BRADLEY J. EDWARDS<br><br>Underlying case:<br><br>VIRGINIA L. GIUFFRE, Plaintiff<br><br>v.<br><br>GHISLAINE MAXWELL, Defendant<br><br>No. 15-cv-07433-RWS (S.D.N.Y.) | **MOTION TO FILE EXHIBIT B TO DEFENDANT'S NOTICE OF STATUS OF SUBPOENA DUCES TECUM AND RELATED RULINGS IN UNDERLYING ACTION UNDER SEAL**<br><br>Case Number 0:16-mc-61262-JG |

Defendant Ghislaine Maxwell pursuant to Rule 5.4 (b) of the Local Rules of the U.S. District Court for the Southern District of Florida, requests permission to file Exhibit B, attached to Defendant's Notice of Status of Subpoena Duces Tecum and Related Rulings in Underlying Action for the following reason:

1. Exhibit B is a Sealed Order issued by the U.S. District Court in the Southern District of New York in the underlying matter, *Giuffre v. Maxwell*, 15-cv-07433-RWS.

2. Under the terms of the protective order and the Court's Sealed Order the order may not be shared publicly.

3. Ms. Maxwell requests that the exhibit be sealed.

Dated December 16, 2016

Respectfully submitted,

*/s/ Denise D. Riley*
Denise D. Riley (# 160245)
Riley Law PLLC
2710 Del Prado Blvd. S., Unit 2-246,
Cape Coral, FL 33904
Phone:  303.907.0075
denise@rileylawpl.com

Jeffrey S. Pagliuca (*pro hac vice*)
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:       303.832.2628
jpagliuca@hmflaw.com

*Attorneys for Ghislaine Maxwell*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2016, I electronically filed the foregoing *Motion to File Exhibit B to Defendant's Notice of Status of Subpoena Duces Tecum and Related Rulings in Underlying Action Under Seal* with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Jack Scarola
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 34409
Phone: 561-686-6300
Fax : 561-383-9451
jsx@searcylaw.com
mep@searcylaw.com
Attorneys for Plaintiff Bradley J. Edwards

/s/ *Nicole Simmons*
_____