## U.S. District Court
## Southern District of Florida (Ft Lauderdale)
## CIVIL DOCKET FOR CASE #: 0:16−mc−61262−JG

| | |
|---|---|
| Edwards v. Maxwell | Date Filed: 06/13/2016 |
| Assigned to: Magistrate Judge Jonathan Goodman | Date Terminated: 12/23/2016 |
| Cause: Motion to Quash | Jury Demand: None |
| | Nature of Suit: 320 Assault Libel & Slander |
| | Jurisdiction: Diversity |

**Plaintiff**

**Bradley J. Edwards**  represented by  **John Scarola**
Searcy Denney Scarola Barnhart & Shipley
2139 Palm Beach Lakes Boulevard
PO Drawer 3626
West Palm Beach, FL 33402−3626
561−686−6300
Fax: 561−383−9451
Email: _scarolateam@searcylaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ghislaine Maxwell**  represented by  **Jeffrey S. Pagliuca**
Haddon, Morgan and Fioreman, P.C.
150 East 10th Avenue
Denver, CO 80203
303−831−7364
Email: jpagliuca@hmflaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Denise Diamond Riley**
Riley Law PLLC
2710 Del Prado Blvd. South
Unit 2−246
Cape Coral, FL 33904
303−907−0075
Email: denise@rileylawpl.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2016 | 1 | Petition/Motion (Complaint) RE: Subpoena to Quash from Another District . Filing fee $46.00 receipt number 113C−8819918, filed by Bradley J. Edwards. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Civil Cover Sheet)(Scarola, John) (Entered: 06/13/2016) |

| | | |
|---|---|---|
| 06/13/2016 | Ï 2 | Judge Assignment to Judge Jose E. Martinez (jas) (Entered: 06/14/2016) |
| 06/27/2016 | Ï 3 | NOTICE of Attorney Appearance by Denise Diamond Riley on behalf of Ghislaine Maxwell. Attorney Denise Diamond Riley added to party Ghislaine Maxwell(pty:dft). (Riley, Denise) (Entered: 06/27/2016) |
| 06/27/2016 | Ï 4 | Notice of Pending, Refiled, Related or Similar Actions by Ghislaine Maxwell (Riley, Denise) (Entered: 06/27/2016) |
| 06/29/2016 | Ï 5 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Jeffrey S. Pagliuca. Filing Fee $ 75.00 Receipt # 113C–8872608 by Ghislaine Maxwell. Responses due by 7/18/2016 (Attachments: # 1 Certification Certification of Jeffrey S. Pagliuca, # 2 Text of Proposed Order Proposed Order)(Riley, Denise) (Entered: 06/29/2016) |
| 06/29/2016 | Ï 6 | MOTION to Seal *Certain Exhibits to the Declaration of Jeffrey S. Pagliuca* per Local Rule 5.4 by Ghislaine Maxwell. (Riley, Denise) (Entered: 06/29/2016) |
| 06/29/2016 | Ï 7 | NOTICE by Ghislaine Maxwell re 6 MOTION to Seal *Certain Exhibits to the Declaration of Jeffrey S. Pagliuca* per Local Rule 5.4 (Riley, Denise) (Entered: 06/29/2016) |
| 06/29/2016 | Ï 11 | ORDER REFERRING CASE to Magistrate Judge Jonathan Goodman to take a11 necessary and proper action as required by law with respect to: AlI matttrs relating to Bradley J. Edwards' Motion to Quash Subpoena or, in the alternative, for a Protective Order ECF No. 11 . Judge Jose E. Martinez no longer assigned as presider judge in case. Signed by Judge Jose E. Martinez on 6/28/2016. (jas) (Entered: 06/30/2016) |
| 06/30/2016 | Ï 8 | RESPONSE/REPLY to 1 Petition/Motion (Complaint) RE: Subpoena from Another District, by Ghislaine Maxwell. (Riley, Denise) (Entered: 06/30/2016) |
| 06/30/2016 | | SYSTEM ENTRY – Docket Entry 9 restricted/sealed until further notice. (796515) (Entered: 06/30/2016) |
| 06/30/2016 | Ï 10 | AFFIDAVIT signed by : Jeffrey S. Pagliuca. re 8 Response/Reply (Other) by Ghislaine Maxwell (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R)(Riley, Denise) (Entered: 06/30/2016) |
| 07/07/2016 | Ï 12 | MOTION for Leave to File Excess Pages by Bradley J. Edwards. (Attachments: # 1 Text of Proposed Order)(Scarola, John) (Entered: 07/07/2016) |
| 07/07/2016 | Ï 13 | REPLY to Response to Motion re 12 MOTION for Leave to File Excess Pages filed by Bradley J. Edwards. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Scarola, John) (Entered: 07/07/2016) |
| 07/07/2016 | Ï 14 | AFFIDAVIT in Support re 12 MOTION for Leave to File Excess Pages filed by Bradley J. Edwards. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Scarola, John) (Entered: 07/07/2016) |
| 07/07/2016 | Ï 15 | MOTION to Seal per Local Rule 5.4 by Bradley J. Edwards. (Attachments: # 1 Text of Proposed Order) (Scarola, John) (Entered: 07/07/2016) |
| 07/07/2016 | | SYSTEM ENTRY – Docket Entry 16 restricted/sealed until further notice. (515378) (Entered: 07/07/2016) |
| 12/13/2016 | Ï 17 | ENDORSED ORDER granting 5 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Jeffrey S. Pagliuca. Signed by Magistrate Judge Jonathan Goodman on 12/13/2016. (jf00) (Entered: 12/13/2016) |

| | | |
|---|---|---|
| 12/13/2016 | 18 | ENDORSED ORDER granting in part and denying in part 6 Defendant's Motion to Seal. Exhibits A, G, H, I, and N, (which were attached to Defendant's response in opposition to Plaintiff's motion to quash), will be sealed for one year from the filing date. The Undersigned grants Defendant leave to file a motion to extend the sealing date. Signed by Magistrate Judge Jonathan Goodman on 12/13/2016. (jf00) (Entered: 12/13/2016) |
| 12/13/2016 | 19 | ENDORSED ORDER denying without prejudice 12 Plaintiff's motion for leave to file excess pages for failure to comply with Local Rule 7.1.<br><br>The motion for leave to file an "over length reply" 12 represents that "plaintiff will supplement this motion once such position [i.e., opposing counsel's position] has been obtained." No supplement has been filed since the motion was filed. Therefore, Plaintiff shall by December 16, 2016 file a notice advising the Undersigned of Defendant's position. If Defendant opposes the request for additional pages for Plaintiff's reply, then Defendant shall by December 19, 2016 file a memorandum not to exceed three pages (excluding signature block and certificate of service), explaining the reasons.<br><br>In addition, given the time which has passed since the motion to quash was initially filed, Plaintiff's notice shall also explain the status of the underlying case in the Southern District of New York and whether the subpoena issue is still active and in need of a ruling by the Undersigned. Assuming that the issue is still an issue, then the Undersigned will rule on the motion for additional pages for the reply.<br><br>Signed by Magistrate Judge Jonathan Goodman on 12/13/2016. (jf00) (Entered: 12/13/2016) |
| 12/13/2016 | 20 | ENDORSED ORDER granting 15 Plaintiff's motion to seal certain exhibits attached to the reply. Such exhibits are sealed for one year from the filing date. The Undersigned grants Plaintiff leave to file a motion to extend the sealing date. Signed by Magistrate Judge Jonathan Goodman on 12/13/2016. (jf00) (Entered: 12/13/2016) |
| 12/14/2016 | 21 | CLERK'S NOTICE of Compliance by Setting Unsealing Deadlines pursuant to 18 , 20 Endorsed Orders. (nc) (Entered: 12/14/2016) |
| 12/16/2016 | 22 | MOTION to Seal *Exhibit B to Defendants Notice of Status of Subpoena Duces Tecum and Related Rulings in Underlying Action* per Local Rule 5.4 by Ghislaine Maxwell. (Riley, Denise) (Entered: 12/16/2016) |
| 12/16/2016 | 23 | NOTICE by Ghislaine Maxwell re 22 MOTION to Seal *Exhibit B to Defendants Notice of Status of Subpoena Duces Tecum and Related Rulings in Underlying Action* per Local Rule 5.4 (Riley, Denise) (Entered: 12/16/2016) |
| 12/16/2016 | 24 | NOTICE by Ghislaine Maxwell *of Status of Subpoena Duces Tecum and Related Rulings in Underlying Action* (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Riley, Denise) Modified by Sealing Exhibit B pursuant to 27 Endorsed Order on 12/20/2016 (nc). (Entered: 12/16/2016) |
| 12/16/2016 | | SYSTEM ENTRY – Docket Entry 25 restricted/sealed until further notice. (796515) (Entered: 12/16/2016) |
| 12/16/2016 | 26 | Clerks Notice to Filer re 25 Sealed Document. **Document Not Captioned**; In the future the Filer must File a Notice of Filing with the attached Exhibit when filing a Sealed Document. It is not necessary to refile this document. (nc) (Entered: 12/19/2016) |
| 12/19/2016 | 27 | ENDORSED ORDER granting 22 Defendant's motion to seal Exhibit B attached to Defendant's Notice of Status of Subpoena Duces Tecum and Related Rulings in the Underlying Action. Such exhibit is sealed for one year from the filing date. The Undersigned grants Defendant leave to file a motion to extend the sealing date. Signed by Magistrate Judge Jonathan Goodman on 12/19/2016. (jf00) (Entered: 12/19/2016) |

| | | |
|---|---|---|
| 12/20/2016 | Ï 28 | CLERK'S NOTICE of Compliance by Sealing Exhibit B attached to 24 Defendant's Notice of Status of Subpoena Duces Tecum, pursuant to 27 Endorsed Order. (nc) (Entered: 12/20/2016) |
| 12/22/2016 | Ï 29 | ORDER Transferring Motion to Quash Subpoena or, in the Alternative, for a Protective Order. The Undersigned directs the Clerk of Court to transfer Bradley J. Edwards' motion 1 to the Southern District of New York, Giuffre v. Maxwell, No. 1:15−cv−07433−RWS. Signed by Magistrate Judge Jonathan Goodman on 12/22/2016. (jf00) (Entered: 12/22/2016) |
| 12/23/2016 | Ï | Civil Case Terminated. Closing Case per 29 Order (yha)<br><br>**NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014−69.** (Entered: 12/23/2016) |