UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRADLEY J. EDWARDS<br><br>*Plaintiff*,<br><br>v.<br><br>GHISLAINE MAXWELL<br>*Defendant*. | No.  1:17-mc-00025-RWS<br><br>**MOTION FOR ADMISSION**<br>*PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Paul G. Cassell hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Bradley J. Edwards in the above-captioned action.

I am in good standing of the bar of the State of Utah and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3

Dated: March 13, 2017
       Salt Lake City, Utah

Respectfully submitted,

S.J. QUINNEY COLLEGE OF LAW AT THE UNIVERSITY OF UTAH

/s/  Paul G. Cassell

Paul G. Cassell
383 S. University Street
Salt Lake City, Utah 84112[1]
Tel: (801) 858-5202
Fax: (801) 585-2750
Email: cassellp@law.utah.edu

*Attorney for Plaintiff Bradley J. Edwards*

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.