UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRADLEY J. EDWARDS<br><br>*Plaintiff*,<br><br>v.<br><br>GHISLAINE MAXWELL<br><br>*Defendant*. | No. 1:17-mc-00025-RWS<br><br>**DECLARATION OF PAUL G. CASSELL SUPPORT OF APPLICATION FOR ADMISSION** *PRO HAC VICE* |

I, Paul G. Cassell, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bar of the State of Utah.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: March 13, 2017
Salt Lake City, Utah

Respectfully submitted,

/s/ Paul G. Cassell

Paul G. Cassell
S.J. Quinney College of Law at the University Of Utah
383 S. University Street
Salt Lake City, Utah 84112[1]
Tel: (801) 858-5202
Fax: (801) 585-2750
Email: cassellp@law.utah.edu
*Attorney for Plaintiff Bradley J. Edwards*
*Admitted Pro Hac Vice (Pending)*

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.