

# STATE OF UTAH

# Judicial Department

## Attorney's Certificate

IN THE SUPREME COURT OF THE STATE OF UTAH

UNITED STATES OF AMERICA } ss.
STATE OF UTAH

I, Lisa Collins, Interim Clerk of the Supreme Court of the State of Utah, do hereby certify that by an Order of this Court duly made and entered wherein PAUL G. CASSELL was admitted to practice as an Attorney and Counselor at Law in all the courts of the State of Utah on the 27th day of May, 1992.

I further certify that this attorney is now, and at all time since admission has been, a member of the Bar of this Court in good standing; and that the private and professional character of this attorney appears to be good.



IN TESTIMONY WHEREOF, I have here unto set my hand and affixed the Seal of said court this 17th day of February, A.D. 2017.

*Lisa A. Collins*