**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRADLEY J. EDWARDS<br><br>*Plaintiff*,<br><br>v.<br><br>GHISLAINE MAXWELL<br><br>*Defendant*. | No. 1:17-mc-00025-RWS<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

The motion of Paul G. Cassell to appear *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Utah; and that his contact information is as follows:

Applicant Name: Paul G. Cassell

Firm Name: S.J. Quinney College of Law at the University Of Utah

Address: 383 S. University Street

City / State / Zip: Salt Lake City, Utah 84112

Telephone / Fax: (801) 858-5202 / (801) 585-2750

Applicant having requested admission *Pro Hac Vice* to appear for al purposes as counsel for Plaintiff Bradley J. Edwards in the above entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules Governing discipline of attorneys.

Dated: _____          _____
                                                                        United States District/Magistrate Judge