PAUL G. CASSELL
Ronald N. Boyce Presidential Professor of Criminal Law
S.J. Quinney College of Law at the University of Utah
383 S. University St.
Salt Lake City, UT 84112
Telephone: 801-585-5202
cassellp@law.utah.edu[*]





March 14, 2017

**Via email: SweetNYSDChambers@nysd.uscourts.gov**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

So ordered
Sweet
USDJ
3-15-17

    Re:    *Giuffre v. Maxwell*
            **Case no. 1:17-mc-00025-RWS**
            **Regarding Continuance of Hearing on Edwards Subpoena**

Dear Judge Sweet,

    This is an unopposed letter motion requesting a one-week continuance of the continuation of the hearing on the Motion to Quash the Subpoena served on Bradley J. Edwards. The Court had indicated at the hearing last week that the Edward subpoena would not be heard on March 16, but then issued an order directing that the it be heard on March 16.

    I serve as counsel for Mr. Edwards on this matter. I have long-scheduled medical procedure on Wednesday morning, March 15, which involves general anesthesia. I have been advised by my doctor not to embark on a lengthy plane flight (four hours or more) until 24 hours have passed from this surgery. Because I maintain my law office as the S.J. Quinney College of Law at the University of Utah in Salt Lake City, Utah, it is not advisable for me to fly to a hearing in New York City on the evening of March 15.

    Opposing counsel has agreed to this request seeking a one week continuance, until March 23, 2017.

---

[*] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah.

Honorable Judge Robert W. Sweet
March 14, 2017
Page 2

Accordingly, I respectfully request that the hearing set for March 16 be continued until March 23. Of course, this request does not affect any other matter which the Court has set for hearing in the *Giuffre v. Maxwell* matter.

Respectfully submitted,

Paul G. Cassell

cc: Jeff Pagliuca, Esq. (via email)