UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRADLEY J. EDWARDS,

    Plaintiff,                                                 Case No.: 1:17-MC-00025-RWS

v.

GHISLAINE MAXWELL,

    Defendant.

_____/

## NOTICE OF SUBMISSION OF
## WITNESS SOLICITATION MATERIALS

Plaintiff Virginia Giuffre hereby notifies the Defendant of her submission of witness solicitation materials for *in camera* review pursuant to this Court's March 23, 2017, ruling.

Dated: April 7, 2017

                                                 Respectfully Submitted,

                                                 /s/ *Paul G. Cassell*
                                                 Paul G. Cassell (pro hac vice)
                                                 383 S. University Street
                                                 Salt Lake City, UT 84112
                                                 Tel: (801) 585-5202
                                                 Fax: (801) 585-2750
                                                 Email: Cassellp@law.utah.edu
                                                 *Attorney for Bradley J. Edwards*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

> Laura A. Menninger, Esq.
> Jeffrey S. Pagliuca, , Esq.
> HADDON, MORGAN & FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, Colorado 80203
> Tel: (303) 831-7364
> Fax: (303) 832-2628
> Email: lmenninger@hmflaw.com
> Email: jpagliuca@hmflaw.com

                          /s/ *Paul G. Cassell*
                             Paul G. Cassell