UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

BRADLEY J. EDWARDS,

                Plaintiff,          17 Mc. 25

   -against-

                                        ORDER

GHISLAINE MAXWELL,

                Defendant.

------------------------------------------X

**Sweet, D.J.**

       The motion to quash the subpoena having been resolved by sealed opinion dated April 4, 2017, the above-captioned case is hereby terminated.

       It is so ordered.

**New York, NY**
**June 5, 2017**

                                            **ROBERT W. SWEET**
                                               **U.S.D.J.**